IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
ST. THOMAS AND ST. JOHN DIVISION

| | | |
|---|---|---|
| WILLIAM O. PERKINS, III, | ) | |
| Plaintiff, | ) | CASE NO. 3:25-cv-00002 |
| v. | ) | |
| DIRECTOR OF THE VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the Respondent's Motion for Reconsideration filed by the Director of the Virgin Islands Bureau of Internal Revenue ("Respondent" or "VIBIR") on October 16, 2026 [ECF No. 61], seeking reconsideration of this Court's September 18, 2026, Memorandum Opinion and Order granting Petitioner's motion for partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c) regarding the VIBIR's assessment of the Net Investment Income Tax ("NIIT"). [ECF No. 57]. For the reasons set forth in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Respondent's Motion for Reconsideration [ECF No. 61] is **DENIED.**

**DATED**: November 4, 2026.

*/s/ Evan Rikhye*
**EVAN RIKHYE**
**United States District Judge**